**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**In re:**

| | |
|---|---|
| **GREGORY B. GRAY,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 15-13131-RGM** |

**WELLS FARGO BANK, N.A.,**

    **MOVANT,**

**vs.**
**GREGORY B. GRAY**
**SHASHUNA J. GRAY, CODEBTOR**
**and THOMAS P. GORMAN, TRUSTEE,**

    **RESPONDENTS.**

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

Upon consideration of the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by Wells Fargo Bank, N.A. ("Movant"), upon argument of Counsel, and the Court finding grounds to grant the Motion, it is;

**ORDERED**, that the automatic stay of 11 U.S.C. §362(a) is hereby modified as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at 11 Daventry Place, Stafford, VA 22554 and more particularly described as follows:

> Lot 40, Section One-B, WHITSON RIDGE, as shown on a plat entitled "Section One-B, Whitson Ridge, Rockhill Magisterial District, Stafford County, Virginia", dated November 26, 1990 and prepared by Patton, Harris and Rust Associates, A Professional Corporation, and recorded in Plat Book 21, at Pages 187 and 188, among the Land Records of Stafford County, Virginia.

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

**ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Movant.

Relief is granted as to Shashuna J. Gray, the Co-Debtor, from the automatic stay imposed by §1301(a) to the same extent and on the same terms and conditions as granted as to the Debtor.

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 73248
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 24533

DATED:  May 20 2016

/s/ Brian F. Kenney

JUDGE ROBERT G. MAYER

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

May 23, 2016

I ask for this:

By: **/s/JOHNIE R. MUNCY**

Michael T. Freeman, Esquire, Bar No. 65460
Johnie R. Muncy, Esquire, Bar No. 73248
Samuel I. White, P.C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**

The Clerk shall mail a copy of the entered Order to the following:

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St.
Suite 400
Alexandria, VA 22314

John C. Morgan, Jr.
Counsel for Debtor
98 Alexandria Pike, Suite 10
Warrenton, VA 20186

Gregory B. Gray
Debtor
11 Daventry Place
Stafford, VA 22554

Shashuna J. Gray
Co-Debtor
11 Daventry Place
Stafford, VA 22554