## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

In the Matter of:

GREGORY B. GRAY

      Debtor

Chapter 13

Case No. 15-13131-RGM

### MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Gregory B. Gray, Case #15-13131-RGM

*Attend the hearing to be held on February 16, 2017 at 9:30 a.m., in Courtroom 1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __January 23, 2017____        __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 N. Washington Street, #400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of January, 2017, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Gregory B. Gray | John C. Morgan, Jr., Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 11 Daventry Place | John Carter Morgan, Jr., PLLC |
| Stafford, VA 22554 | 98 Alexandria Pike, Ste. 10 |
| | Warrenton, VA 20186 |

                                    __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/19/2017

CASE NO: 15-13131-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-4608
GRAY, GREGORY B.
AKA:
11 DAVENTRY PLACE
STAFFORD, VA 22554

DATE FILED: 09/08/2015
CONFIRMED: 03/15/2016
LATEST 341: 10/13/2015
PERCENTAGE: 6.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 10/2015
ON SCHEDULE: 20,684.00
ACTUAL PAYMENTS: 15,794.00
AMOUNT BEHIND: 4,890.00

ATTORNEY: JOHN C. MORGAN, JR., ESQUIRE
JOHN CARTER MORGAN, JR., PLLC
98 ALEXANDRIA PIKE, STE. 10
WARRENTON, VA 20186
Phone:540 349-3232  Fax: 540 349-1278

Needed to Complete Base:
BASE: 93,044.00
       77,250.00

SCHEDULE:     1,608.00 MONTHLY
TOTAL PAID:          15,794.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/27/16 | PC | 1,608.00 |
| 07/22/16 | PC | 1,608.00 |
| 06/21/16 | PC | 1,608.00 |
| 05/17/16 | PC | 1,608.00 |
| 04/14/16 | PC | 1,608.00 |
| 03/16/16 | PC | 1,608.00 |
| 02/04/16 | PC | 1,542.00 |
| 01/05/16 | PC | 1,542.00 |
| 12/02/15 | PC | 1,562.00 |
| 10/20/15 | PC | 1,500.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | VATAX | VIRGINIA DEPT. OF TAXATION / Split Claim | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 1,582.85 / 94.97 | 0.00 / 0.00 | 94.97 / 0.00 |
| 001 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO / 10/2016 | PRI / 100.00 | | 0.00 / 0.00 | 9,617.67 / 8,034.82 | 8,034.82 / 8,034.82 | 1,362.97 / 0.00 | 6,671.85 / 0.00 |
| 002 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS / 6.00 | | 0.00 / 0.00 | 13,303.08 / 0.00 | 13,303.08 / 798.18 | 0.00 / 798.18 | 798.18 / 0.00 |
| 002 | IRS* | INTERNAL REVENUE SERVICE | PRO / 10/2016 | PRI / 100.00 | | 0.00 / 0.00 | 17,082.55 / 17,082.55 | 17,082.55 / 17,082.55 | 2,897.73 / 0.00 | 14,184.82 / 0.00 |
| 003 | 341300 | STAFFORD COUNTY TREASURER | PRO / 08/2016 | PRI / 100.00 | | 0.00 / 0.00 | 533.56 / 533.56 | 533.56 / 533.56 | 71.01 / 0.00 | 462.55 / 0.00 |
| 003 | 341300 | STAFFORD COUNTY TREASURER | PRO | UNS / 6.00 | | 0.00 / 0.00 | 68.14 / 0.00 | 68.14 / 4.09 | 0.00 / 4.09 | 4.09 / 0.00 |
| 004 | 330382 | NAVY FEDERAL CREDIT UNION / APP UNSECURED PORTION | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 8,177.59 / 490.66 | 0.00 / 490.66 | 490.66 / 0.00 |
| 004 | 330382 | NAVY FEDERAL CREDIT UNION | FIX / 10/2016 | SEC / 100.00 | 09/08/2015 / 4.2500 | 271.55 / 543.10 | 20,827.59 / 12,650.00 | 12,650.00 / 12,650.00 | 2,961.91 / 568.24 | 9,688.09 / 102.93 |
| 005 | 342534 | WELLS FARGO BANK / TBS-DISALLOWED | PRO-I | UNS / 6.00 | | 0.00 / 0.00 | 716.98 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Closed |
| 006 | 320791 | WELLS FARGO HOME MORTGAGE, INC. / ZEROED PER ORD EOD 05/23/2016 | FIX-I / 04/2016 | SEC / 100.00 | | 1,083.99 / 0.00 | 35,771.51 / 35,771.51 | 3,425.77 / 3,425.77 | 3,425.77 / 0.00 | Closed |
| 007 | AMEXP | AMERICAN EXPRESS BANK, FSB | PRO | UNS / 6.00 | | 0.00 / 0.00 | 10,602.46 / 10,800.00 | 10,602.46 / 636.15 | 0.00 / 636.15 | 636.15 / 0.00 |
| 008 | 339784 | BANK OF AMERICA, N.A. | PRO | UNS / 6.00 | | 0.00 / 0.00 | 2,051.93 / 2,084.00 | 2,051.93 / 123.12 | 0.00 / 123.12 | 123.12 / 0.00 |
| 009 | 339784 | BANK OF AMERICA, N.A. | PRO | UNS / 6.00 | | 0.00 / 0.00 | 1,083.64 / 1,083.00 | 1,083.64 / 65.02 | 0.00 / 65.02 | 65.02 / 0.00 |
| 010 | 332414 | CERASTES, LLC | PRO | UNS / 6.00 | | 0.00 / 0.00 | 2,372.03 / 2,372.03 | 2,372.03 / 142.32 | 0.00 / 142.32 | 142.32 / 0.00 |
| 011 | 310052 | BERKS CREDIT & COLLECTION | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 40.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 012 | 341450 | CASHNET USA | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 2,449.23 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 013 | 325807 | ECAST SETTLEMENT CORPORATION | PRO | UNS / 6.00 | | 0.00 / 0.00 | 304.88 / 354.00 | 304.88 / 18.29 | 0.00 / 18.29 | 18.29 / 0.00 |
| 014 | 338807 | LESCOLL | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 116.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 015 | 338807 | LESCOLL | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 112.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 016 | 338807 | LESCOLL | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 112.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 017 | 338807 | LESCOLL | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 109.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 018 | 338807 | LESCOLL | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 106.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 019 | 342178 | LES LLC | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 348.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                              Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/19/2017

CASE NO: 15-13131-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-4608
GRAY, GREGORY B.                                      SCHEDULE:    1,608.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 020 | 339838 | EDUCATIONAL CREDIT MANAGEMENT | PRO | UNS 6.00 | | 0.00 0.00 | 21,357.45 21,357.56 | 21,357.45 1,281.45 | 0.00 0.00 | 1,281.45 0.00 |
| 021 | 330125 | PREMIER FINANCIAL | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 40.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 022 | 317289 | PROFESSIONAL ACCOUNT MANAGEMEI | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 66.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 023 | 333728 | PROFESSIONAL ACCT MGMT IN | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 184.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 024 | 340607 | RADIANT CASH | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 450.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 339189 | AMERICAN INFOSOURCE LP / DIRECT TV | PRO | UNS 6.00 | | 0.00 0.00 | 313.76 313.00 | 313.76 18.83 | 0.00 0.00 | 18.83 0.00 |
| 026 | 342638 | SILVER CLOUD FINANICIAL | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 600.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 027 | 269668 | WHITSON RIDGE HOMEOWNERS ASSO( | FIX 10/2016 | SEC 100.00 | 09/08/2015 3.0000 | 20.56 41.12 | 1,259.63 1,055.43 | 1,055.43 1,055.43 | 233.55 33.73 | 821.88 6.15 |
| 027 | 269668 | WHITSON RIDGE HOMEOWNERS ASSO( / APP UNSECURED PORTION | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 0.00 | 204.20 12.25 | 0.00 0.00 | 12.25 0.00 |
| 799 | MORGAN | JOHN C. MORGAN, JR., ESQUIRE | PRO 03/2016 | ATY 100.00 | | 0.00 0.00 | 5,050.00 5,050.00 | 3,404.00 3,404.00 | 3,404.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 805.50 | 805.50 | |
| | | | | | TOTALS: | 1,376.10 584.22 | 105,828.37 87,502.18 | 104,987.87 47,251.19 | 15,162.44 601.97 | 35,514.52 109.08 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,050.00 | 25,650.93 | 13,705.43 | 43,095.82 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,404.00 | 25,650.93 | 13,705.43 | 3,685.33 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,404.00 | 4,331.71 | 3,195.46 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 21,319.22 | 10,509.97 | 3,685.33 | 0.00 | DUE CREDITORS: | 35,623.60 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 109.08 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,474.45 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 29.59 |
| BALANCE DUE: | 0.00 | 0.00 | 21,319.22 | 10,619.05 | 3,685.33 | 0.00 | APPROX BALANCE: | 38,068.46 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                     Case Maintenance 10.5