UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

    Gregory B. Gray
           Debtor

Chapter 13

Case No. 15-13131-KHK

## ORDER

    This matter came upon the Chapter 13 Trustee's Motion to Dismiss Case (Dkt. #46), and after consideration of the representations presented in court, the Court hereby

    **ORDERED**, that the Debtor shall have 30 days from entry of this order to make payment and be current through such time on Debtor's Plan; and

    **ORDERED**, that upon the failure of the Debtor to make payment as required within the time period herein directed, the Chapter 13 Trustee is permitted to submit an Order to Dismiss to the Court for entry, without further Notice to the Debtor nor Debtor's counsel.

Dated: Jun 26 2017

/s/ Frank J. Santoro
United States Bankruptcy Judge
Entered on Docket: 6/26/17 sm

I ask for this:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Seen:

/s/ John C. Morgan, Jr.
John C. Morgan, Jr.
Attorney for Debtor
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter Trustee

**PARTIES TO RECEIVE COPIES**

Gregory B. Gray
Chapter 13 Debtor
83 Bass Dr., Apt. 303
Stafford, VA 22554


John C. Morgan, Jr.
Attorney for Debtor
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186


Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314